Matter of Steadman v Douglas (2023 NY Slip Op 00098)

Matter of Steadman v Douglas

2023 NY Slip Op 00098

Decided on January 11, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
JOSEPH J. MALTESE
DEBORAH A. DOWLING
HELEN VOUTSINAS, JJ.

2022-08321 DECISION, ORDER & JUDGMENT

[*1]In the Matter of Harry Steadman, petitioner,
v
Dena Douglas, etc., et al., respondents. Harry Steadman, Attica, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (James B. Cooney of counsel), for respondent Dena Douglas.

Proceeding pursuant to CPLR article 78, inter alia, in the nature of mandamus to compel the respondent Dena Douglas, a Justice of the Supreme Court, Kings County, to determine a motion in an action entitled People v Steadman , pending in that court under Indictment No. 787/16, and application by the petitioner for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.
On December 5, 2022, the respondent Dena Douglas issued an order determining the subject motion. Accordingly, this proceeding has been rendered academic.
The petitioner's remaining contentions are without merit.
BARROS, J.P., MALTESE, DOWLING and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court